FILED
9/28/2020 9:19 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L010280

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

Atty. No 55633

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT LAW DIVISION

ALICIA STEVENSON, )
)  No.
    Plaintiff, )
)
vs. )
)
TARGET CORPORATION, d/b/a )
TARGET )
)
)
    Defendant. )

## COMPLAINT

NOW COMES the Plaintiff ALICIA STEVENSON, by and through her attorneys CHADWICK & LAKERDAS, and for her complaint against Defendant TARGET CORPORATION, d/b/a TARGET CORPORATION, states as follows:

1. On September 28, 2018, Plaintiff ALICIA STEVENSON was shopping at Defendant TARGET CORPORATION., d/b/a TARGET, 1 S. State Street, Chicago, Illinois.

2. On September 28, 2018, while Plaintiff ALICIA STEVENSON was shopping at Defendant TARGET CORPORATION., d/b/a a rug fell injuring the Plaintiff on or around 2:00p.m.

3. Defendant TARGET CORPORATION., d/b/a TARGET did not secure the rug in a safe way causing an unsafe and dangerous condition.

4. That Defendant TARGET CORPORATION., d/b/a TARGET owed duty to Plaintiff ALICIA STEVENSON.

5. Defendant TARGET CORPORATION., d/b/a TARGET breached the duty of care to

EXHIBIT A

FILED DATE: 9/28/2020 ... 5545440355

Plaintiff ALICIA STEVENSON and was otherwise careless and negligent in one or more of the following respects:

    a)    Negligently securing rug to display rack.

    b)    Not inspecting display to make sure it was safe.

    c)    Improper displaying of merchandise.

    d)    No safety features in display rack to prevent rugs from falling.

6. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, ALICIA STEVENSON was severely injured and permanently injured, seriously and permanently disabled, experienced great conscious pain and suffering, and incurred obligations for substantial sums of money for medical, hospital and related expenses, and lost income.

WHEREFORE, Plaintiff ALICIA STEVENSON demands judgment against Defendant TARGET CORPORATION. d/b/a TARGET in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus costs of this suit, as shall represent fair and just compensation.

                              s/Sturgis E. Chadwick, III
                              CHADWICK & LAKERDAS
                              Attorneys for Plaintiff

CHADWICK & LAKERDAS
Attorneys for Plaintiff
5300 South Shore Drive
Suite 100
Chicago, Illinois 60615
(773) 955-1088
Service via e-mail will be accepted at schadwick@chadwicklakerdas.com

FILED DATE: 9/28/2021 ... *5 003 5445*

## Affidavit Pursuant To Illinois Supreme Court Rule 222(b)

Pursuant to the Illinois Code of Civil Procedure Section 1-109, the undersigned certifies that to the best of his knowledge the damages sought in this matter do exceed Fifty Thousand Dollars ($50, 000.00).

s/Sturgis E. Chadwick, III      DATE
Sturgis E. Chadwick, III

EXHIBIT A