

**Service of Process Transmittal**
10/06/2020
CT Log Number 538358717

| | |
|---|---|
| **TO:** | Sue Carlson<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403-2542 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Target Corporation  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALICIA STEVENSON, Pltf. vs. TARGET CORPORATION, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020L010280 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/06/2020 at 03:47 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/06/2020, Expected Purge Date: 10/11/2020<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT B



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Oct 6, 2020
**Server Name:** Sheriff Drop

| | |
|---|---|
| Entity Served | Target Corporation |
| Agent Name | |
| Case Number | 2020L010280 |
| Jurisdiction | IL |



EXHIBIT B



FILED
9/28/2020 9:19 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L010280

| 2120 - Served | 2121 - Served |
| --- | --- |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons         (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ALICIA STEVENSON

(Name all parties)

v.

TARGET CORPORATION

Case No. _____

*Please Serve Registered Agent CT Corporation System, 208 S. LaSalle St. Chicago, IL 60604*

☑ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

EXHIBIT B



Summons - Alias Summons                                    (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 55633

Atty Name: CHADWICK & LAKERDAS

Atty. for: PLAINTIFF

Address: 5300 S. SHORE DR., SUITE 100

City: CHICAGO

State: IL    Zip: 60615

Telephone: (773) 955-1088

Primary Email: schadwick@chadwicklakerd

Witness: 9/28/2020 9:19 AM DOROTHY BROWN

DOROTHY BROWN Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

EXHIBIT B

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm



FILED
9/28/2020 9:19 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L010280

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons                (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ALICIA STEVENSON

(Name all parties)

v.

TARGET CORPORATION

Case No. *Please Serve Registered Agent CT Corporation System, 208 S. LaSalle St. Chicago, IL 60604*

☑ SUMMONS  ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

EXHIBIT B



Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 55633

Atty Name: CHADWICK & LAKERDAS

Atty. for: PLAINTIFF

Address: 5300 S. SHORE DR., SUITE 100

City: CHICAGO

State: IL   Zip: 60615

Telephone: (773) 955-1088

Primary Email: schadwick@chadwicklakerd

Witness: 9/28/2020 9:19 AM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

EXHIBIT B

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 3 of 3

FILED DATE: 9/28/2020

EXHIBIT B

```
                                              FILED
                                              9/28/2020 9:19 AM
                                              DOROTHY BROWN
STATE OF ILLINOIS    )            Atty. No 55633  CIRCUIT CLERK
                     ) ss                         COOK COUNTY, IL
COUNTY OF COOK       )
                                              2020L010280
```

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT LAW DIVISION

| | |
|---|---|
| ALICIA STEVENSON, ) | |
| ) | No. |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TARGET CORPORATION, d/b/a ) | |
| TARGET ) | |
| ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff ALICIA STEVENSON, by and through her attorneys CHADWICK & LAKERDAS, and for her complaint against Defendant TARGET CORPORATION, d/b/a TARGET CORPORATION, states as follows:

1. On September 28, 2018, Plaintiff ALICIA STEVENSON was shopping at Defendant TARGET CORPORATION., d/b/a TARGET, 1 S. State Street, Chicago, Illinois.

2. On September 28, 2018, while Plaintiff ALICIA STEVENSON was shopping at Defendant TARGET CORPORATION., d/b/a a rug fell injuring the Plaintiff on or around 2:00p.m.

3. Defendant TARGET CORPORATION., d/b/a TARGET did not secure the rug in a safe way causing an unsafe and dangerous condition.

4. That Defendant TARGET CORPORATION., d/b/a TARGET owed duty to Plaintiff ALICIA STEVENSON.

5. Defendant TARGET CORPORATION., d/b/a TARGET breached the duty of care to

EXHIBIT B

Plaintiff ALICIA STEVENSON and was otherwise careless and negligent in one or more of the following respects:

    a) Negligently securing rug to display rack.

    b) Not inspecting display to make sure it was safe.

    c) Improper displaying of merchandise.

    d) No safety features in display rack to prevent rugs from falling.

6. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, ALICIA STEVENSON was severely injured and permanently injured, seriously and permanently disabled, experienced great conscious pain and suffering, and incurred obligations for substantial sums of money for medical, hospital and related expenses, and lost income.

WHEREFORE, Plaintiff ALICIA STEVENSON demands judgment against Defendant TARGET CORPORATION, d/b/a TARGET in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus costs of this suit, as shall represent fair and just compensation.

                                                   s/Sturgis E. Chadwick, III
                                                   CHADWICK & LAKERDAS
                                                   Attorneys for Plaintiff

CHADWICK & LAKERDAS
Attorneys for Plaintiff
5300 South Shore Drive
Suite 100
Chicago, Illinois 60615
(773) 955-1088
Service via e-mail will be accepted at schadwick@chadwicklakerdas.com

EXHIBIT B



### Affidavit Pursuant To Illinois Supreme Court Rule 222(b)

Pursuant to the Illinois Code of Civil Procedure Section 1-109, the undersigned certifies that to the best of his knowledge the damages sought in this matter do exceed Fifty Thousand Dollars ($50,000.00).

s/Sturgis E. Chadwick, III        DATE
Sturgis E. Chadwick, III

EXHIBIT B