UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALICIA STEVENSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2020 cv 06564 |
| | ) | |
| v. | ) | Honorable Charles R. Norgle |
| | ) | |
| TARGET CORPORATION, d/b/a TARGET, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION
FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

NOW COMES Defendant, TARGET CORPORATION, by and through its attorneys BRYCE DOWNEY & LENKOV LLC, and for its Agreed Motion for Entry of Agreed Confidentiality Order, pursuant to a Federal Rule of Civil Procedure 26(c), hereby states as follows:

1. This matter involves an alleged personal injury claim by Plaintiff at Defendant's retail store located at 1 S State St, Chicago, IL 60603 on 9/28/18.

2. The parties will need to exchange information and documents through discovery to move this case forward.

3. The parties wish to preserve the confidentiality of certain materials to be produced through discovery, including incident reports, company policies and procedures, planogram, photographs and store video surveillance.

4. The parties have agreed to entry of an Agreed Confidentiality Order which has been submitted separately to this Honorable Court.

5. Entry of the parties proposed Agreed Confidentiality Order will facilitate the exchange of information and documents through discovery.

6. The parties respectfully request that this Honorable Court enter the proposed Agreed Confidentiality Order so that they may move forward with completion of written discovery.

WHEREFORE, Defendant, TARGET CORPORATION, respectfully requests that this Honorable Court enter its proposed Agreed Confidentiality Order and for any and other further relief which this Honorable Court deems necessary and just.

        Respectfully submitted,

        TARGET CORPORATION

By:   /s/*Christopher M. Puckelwartz*
       One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2021, I electronically filed **Defendant's Agreed Motion for Entry of Agreed Confidentiality Order** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Plaintiff's Attorney**:
Sturgis Elliot Chadwick, III
Michael G. Kelly
CHADWICK & LAKERDAS
5300 South Shore Dr, Suite 100
Chicago, IL 60615
P: 773.955.1088
F: 773.955.9511
E: schadwick@chadwicklakerdas.com
E: mkelly@chadwicklakerdas.com

              TARGET CORPORATION

          By: /s/Christopher M. Puckelwartz
             One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

3