# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alicia Stevenson

                     Plaintiff,

v.                                               Case No.: 1:20–cv–06564

                                                         Honorable Charles R. Norgle Sr.

Target Corporation

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 19, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Court has reviewed the Joint Status Report [18]. Final Pretrial Order with jury instructions is due on 12/30/2021. After review, Court will set a trial date for early 2022. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.