**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALICIA STEVENSON, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2020 cv 06564 |
| | ) |
| v. | ) Honorable Charles R. Norgle |
| | ) |
| TARGET CORPORATION, d/b/a TARGET, | ) |
| | ) |
| Defendant. | ) |

## AGREED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled cause, through their respective attorneys, that this cause be dismissed without costs to either party, with all matters in controversy having been settled.

IT IS FURTHER STIPULATED that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action based on or including a claim for which this action has been brought.

Agreed to:

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| TARGET CORPORATION | ALICIA STEVENSON |
| | |
| By: *s/Christopher M. Puckelwartz* | By: *s/ Sturgis Elliot Chadwick, III* |
| One of its attorneys | One of her attorneys |

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

Sturgis Elliot Chadwick, III
CHADWICK & LAKERDAS
5300 South Shore Dr, Suite 100
Chicago, IL 60615
P: 773.955.1088
F: 773.955.9511
E: schadwick@chadwicklakerdas.com
E: mkelly@chadwicklakerdas.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Agreed Stipulation to Dismiss** was filed on the 12th day of November, 2021, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Christopher M. Puckelwartz*
One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

**Plaintiff's Attorney**
Sturgis Elliot Chadwick, III
Michael G. Kelly
CHADWICK & LAKERDAS
5300 South Shore Dr, Suite 100
Chicago, IL 60615
P: 773.955.1088
F: 773.955.9511
E: schadwick@chadwicklakerdas.com
E: mkelly@chadwicklakerdas.com